# UNITED STATES DISTRICT COURT
for the
Ninath District of Alaska

_____ Division

lawrence-jay: house cameron
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

see attached Petition for Writ of Habeas Corpus
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

**RECEIVED**
MAR 01 2023
Clerk, U.S. District Court
Fairbanks, AK

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Austin Brown, Alice Brown, Valeria Therrien
Street Address: 2683 Perimeter Drive
City and County: North Pole
State and Zip Code: Alaska state 99705
Telephone Number:
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Valarie Therrian
  Job or Title (if known): Alleged Attorney-at-law
  Street Address: 208 Barnetta Street
  City and County: Fairbanks township
  State and Zip Code: Alaska state 99701
  Telephone Number: 907.452.6195
  E-mail Address (if known):

Defendant No. 2
  Name: Austin Brown
  Job or Title (if known):
  Street Address: 2683 Perimeter Drive
  City and County: North Pole township
  State and Zip Code: Alaska state 99705
  Telephone Number: 907.490.9011
  E-mail Address (if known):

Defendant No. 3
  Name: Alica Brown
  Job or Title (if known):
  Street Address: 2683 Perimeter Drive
  City and County: North Pole township
  State and Zip Code: Alaska state 99705
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Maria-Patrice: Bahr
  Job or Title (if known): Executive Administrator Judge
  Street Address: 101 Lacey Street, Room 203
  City and County: Fairbanks township
  State and Zip Code: Alaska state
  Telephone Number: 907.490.9011
  E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

1. If the plaintiff is an individual

   The plaintiff, (name) _lawrence-jay: Clousa Camaron, sui juris_, is a citizen of the State of (name) _American state national of Missouri state_.

2. If the plaintiff is a corporation

   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. **The Defendant(s)**

1. If the defendant is an individual

   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

   The defendant, (name) _Valerie Therrian, Maria Patrice Bohr_, is incorporated under the laws of the State of (name) _STATE OF ALASKA_, and has its principal place of business in the State of (name) _STATE OF ALASKA_. Or is incorporated under the laws of (foreign nation) _citizens of the United States_, and has its principal place of business in (name) _Fairbanks township_.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

b. If the defendant is a corporation

The defendant, (name) __Austin Brown__, is incorporated under the laws of the State of (name) __ALASKA__, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy __one million USD, in excess thereof__

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damages and injuries sustained, emotion distress, continuing acts of identity theft, unlawful conversion, inland piracy, press ganging, and collusion with federal employees of the United States Postal Service and others unknown to me at this time

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff states and alleges the defendants knowingly and with malice aforethought colluded together and with others within the local, state, federal public sector and private sector to commit slander of title to my cas tui que via Estate Trusts or foreign situs Trusts or both; and slander of credit to enrich one another at my expense, damaging my reputation and destroying my credit, irreparably therein.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff states and alleges that the defendants were/are intent upon stealing my work product - data mining, in a effort to protect the ongoing racketeering influenced and corrupt organizations within the law enforcement community, banking and financial institutions; legalizing identity theft, armed extortion under color of law, kidnapping identities to capitalize, remunerate, monetize my cestui que via estate Trusts or foreign situs Trusts or both, to my continued injury. Restoration of Rights and Recoupment of losses sustained

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____